Bruce **KUZMA**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 42259.

Missouri Court of Appeals, Western District.

April 24, 1990.

Rosalynn Koch, Columbia, for appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, C.J., FENNER, J., and WASSERSTROM, Senior Judge.

ORDER

PER CURIAM.

Movant appeals from denial, without evidentiary hearing, of Rule 29.15 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).